UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRMA CARRASCO, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff*<br><br>-against-<br><br>PICANTE, INC. (D/B/A PICANTE), HUMBERTO TITO, ANGEL TENESACH (A.K.A. ANGEL TENESACA), and MOISES TENESACA,<br><br>*Defendants.* | Index No. 18-cv-03641 (KBF)<br><br>**[PROPOSED] DEFAULT JUDGMENT** |

This action was commenced on April 24, 2018 (*see* Doc. No. 1). Summonses were issued for the corporate defendant (*see* Doc. No. 7) and the individual defendants (*see* Doc. Nos. 8-10) on April 25, 2018. Service was then made on the corporate defendant on April 25, 2018 and on all three individual defendants on May 1, 2018 (*see* Doc. Nos. 12-13).

To date, no Defendant has answered the Complaint or otherwise appeared or moved, and the Clerk of this Court has certified the default of all Defendants (*see* Doc. Nos. 24-27). The time for answering the Complaint having expired, it is

NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiff have judgment jointly and severally against the Defendants PICANTE, INC. (D/B/A PICANTE) and ANGEL TENESACH (A.K.A. ANGEL TENESCA), in the liquidated amount of $454,866.75, including (A) compensatory damages for unpaid overtime wages in the amount of $213,759.38, (B) liquidated damages for unpaid overtime wages under the FLSA/NYLL in the amount of $213,759.38, (C) unpaid spread of hours pay in the amount of

- 2 -

$8,674.00 (D) liquidated damages for unpaid spread of hours pay in the amount of $8,674.00, (E) statutory damages for violation of New York Labor Law § 195 in the amount of $10,000, (G) pre-judgment interest on $213,759.38 in unpaid overtime wages to be calculated at the rate of 9% per annum from the midpoint date of February 6, 2015 until to the date of judgment [calculated to be $_____], and (H) pre-judgment interest on $8,674.00 in spread of hours to be calculated at the rate of 9% per annum from the midpoint date of February 6, 2015 to the date of judgment as calculated by the Clerk of Court [calculated to be $_____]..

That the Plaintiff is awarded attorney's fees in the amount of $_____, and costs in the amount of $595,

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by 15 percent, as required by NYLL § 198(4).

Dated: New York, New York
 _____, 2018

 _____
 HON. J. KATHERINE B. FORREST
 UNITED STATES DISTRICT JUDGE