UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IRMA CARRASCO, *individually and on behalf of others similarly situated,*

                              *Plaintiff*                Index No. 18-cv-03641 (KBF)

                              -against-

                                                    **NOTICE OF DISMISSAL**

PICANTE, INC. (D/B/A PICANTE),
HUMBERTO TITO, ANGEL TENESACH
(A.K.A. ANGEL TENESACA), and MOISES
TENESACA,

                              *Defendants.*
-----------------------------------------------------------X

       Plaintiff Irma Carrasco, by and through her attorneys, Michael Faillace & Associates, P.C., hereby dismisses this action against Defendants Humberto Tito and Moises Tenesaca, without prejudice and without costs.

Dated: New York, New York
          August 14, 2018

                                                       MICHAEL FAILLACE & ASSOCIATES, P.C.

                                    By:       /s/ Joshua S. Androphy
                                                  Joshua S. Androphy
                                                   60 East 42nd Street, Suite 4510
                                                   New York, New York 10165
                                                   Telephone: (212) 317-1200
                                                    Facsimile: (212) 317-1620
                                                   *Attorneys for Plaintiffs*

[Handwritten: So ordered, /KBF/ USDJ 8/20/18]