UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IRMA CARRASCO, on behalf of herself and others similarly situated

               Plaintiffs,

               -v-

PICANTE, INC. d/b/a PICANTE, ANGEL TENESACH a/k/a ANGEL TENESACA,

             Defendant.
------------------------------------------------------------------X

18-cv-3641 (KBF)

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 30, 2018
```

KATHERINE B. FORREST, District Judge:

On August 14, 2018, the Court received a Notice of Dismissal with respect to Defendants Humberto Tito and Moises Tenesaca. Accordingly, the Court dismissed this action against Defendants Humberto Tito and Moises Tenesaca, leaving Defendants Picante and Angel Tenesaca in the case. (See ECF No. 41.)

On August 20, 2018, however, the Court received a letter from Defendant Angel Tenesaca. (ECF No. 40.) That letter attached a notarized copy of a letter from Plaintiff stating that (1) she is firing her counsel, Michael Faillace & Associates, P.C., (2) she regards her claims against Defendants Picante and Angel Tenesaca as resolved, and (3) she seeks to remove herself from the case. For these reasons, and pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby

ORDERED that this matter is dismissed against Defendants Picante and Angel Tenesaca, without prejudice and without costs.

The Clerk of the Court is directed to terminate this action.

SO ORDERED.

Dated:   New York, New York
         August 30, 2018

_____
KATHERINE B. FORREST
United States District Judge
